**UNITED STATES COURT OF APPEALS**
**Filed 4/4/96TENTH CIRCUIT**

LEONARD RENAL ROBERTS,

      Plaintiff-Appellant,

v.                               Case No. 95-5209

MARY BEARS, et al.,             (D.C. 93-CV-676)
                                   (Northern District of Oklahoma)

      Defendants-Appellees.

---

**ORDER AND JUDGMENT**[*]

---

Before BRORBY, EBEL, and HENRY, Circuit Judges.

---

Plaintiff-appellant Leonard Renal Roberts appeals in forma pauperis the granting of summary judgment for defendants in his 42 U.S.C. § 1983 action brought pro se against several prison officials.[1] His action is based upon the strip search of some family members who came to visit him in prison and certain disciplinary actions taken by prison officials which he claims were in retaliation for filing a grievance and exercising his right to practice his religion.

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

[1]After examining the briefs and appellate record, this panel has determined that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case is therefore ordered submitted without oral argument.

1

The district court issued a thorough, well-drafted order granting summary judgment to the defendants. We see little reason to add to this order, and almost no chance of improving upon it. Consequently, we AFFIRM for substantially the same reasons given by the district court in its order of September 26, 1995. The mandate shall issue forthwith.

Entered for the Court,

Robert Henry
Circuit Judge